**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| CARLA MIRASOL GARCIA ENCARNACION,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, Diamondback Correctional Facility, *et al.*,<br><br>Respondents. | ) | Case No. CIV-26-2553-PRW |

**ORDER**

Before the Court is Petitioner's Petition for Writ of Habeas Corpus (Dkt. 1). This case is one of many habeas petitions filed by an alien detainee challenging the legal basis for her detention. On October 22, 2026, Magistrate Judge Amanda L. Maxfield issued a Report and Recommendation (Dkt. 10) recommending that the Court grant in part Petitioner's request for habeas relief and order an individualized bond hearing.

Respondents filed an objection to the Report and Recommendation but have no objection to Judge Maxfield's determination that 8 U.S.C. § 1226(a) controls Petitioner's detention.[1] Petitioner did not timely object. Because the Petition alleges—and Respondents do not dispute—that ICE arrested Petitioner within the interior United States, *Santillan*

[1] *See* 28 U.S.C. § 636(b)(1) (requiring a district judge to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made" but otherwise permitting a district judge to review the report and recommendations under any standard it deems appropriate); Resp. Opp'n Pet. (Dkt. 13), at 1.

*Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026), mandates that she is detained pursuant to § 1226(a).[2]

For the foregoing reasons, the Court **ADOPTS** the Report and Recommendation (Dkt. 10) and **GRANTS** the Petition **IN PART** (Dkt. 1).

The Court **ORDERS** Respondents to provide Petitioner with an individualized bond hearing under 8 U.S.C. § 1226(a) within seven days of this Order or otherwise release Petitioner if she has not received a bond hearing within that period. The Court **DENIES** Petitioner's Motion for Immediate Release (Dkt. 14). The Court reserves a ruling on Petitioner's remaining claims pending resolution of the bond hearing. The Court **ORDERS** Respondents to file a status report within ten days of this Order.

**IT IS SO ORDERED** this 24th day of November 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

[2] *Santillan Quiroz v. Mullin*, 180 F.4th at 1250–51.